UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HUTCHINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT and DAVID EDMONDS,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01047 JLT<br><br>ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE<br><br>(Doc. 47) |

　　　　Counsel stipulate to amend the case schedule to extend the deadlines related to expert discovery. (Doc. 47) Part of the need to amend the schedule relates to the extensive motion practice needed to settlement pleadings. Id. at 2. Thus, good cause appearing, the Court **ORDERS** the case schedule (Doc. 33) is amended as follows:

　　　　1.　　The parties SHALL designate their experts no later than March 31, 2017 and any rebuttal experts by April 14, 2017.

　　　　2.　　All expert discovery SHALL be completed by May 5, 2017.

**No other amendments to the case schedule are authorized.**

IT IS SO ORDERED.

　　Dated:　**February 21, 2017**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE