UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HUTCHINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT and DAVID EDMONDS,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01047 JLT<br><br>ORDER GRANTING SECOND STIPULATION TO AMEND THE CASE SCHEDULE<br><br>(Doc. 49) |

Counsel stipulate to amend the case schedule to extend the deadlines related to expert discovery. (Doc. 49) Part of the need to amend the schedule is due to the need to locate witnesses. Id. at 2. Unfortunately, despite the wishes of the parties, the need to amend the case schedule as they request will result in new dates for the pretrial conference and the trial. Nevertheless, good cause appearing, the Court **ORDERS** the case schedule (Doc. 33) is amended as follows:

　　1.　　All non-expert discovery **SHALL** be completed no later than May 1, 2017;

　　2.　　The parties **SHALL** designate their experts no later than May 15, 2017 and any rebuttal experts by June 16, 2017.

　　3.　　All expert discovery **SHALL** be completed by July 14, 2017;

　　4.　　Any non-dispositive motions **SHALL** be filed no later than July 28, 2017 and heard no later than August 25, 2017;

　　5.　　Dispositive motions **SHALL** be filed no later than September 8, 2017 and heard no

later than October 6, 2017;

      6.      The pretrial conference is set on November 20, 2017;

      7.      The trial is set on January 16, 2018 at 8:30 a.m.;

      8.      The settlement conference, set on June 30, 2017, remains on calendar.

**The Court does not contemplate that any further requests to amend the case schedule will be presented or entertained.**

IT IS SO ORDERED.

    Dated:   **March 24, 2017**                  **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE