**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA HUTCHINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT and DAVID EDMONDS,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01047 JLT<br><br>ORDER GRANTING THIRD STIPULATION TO AMEND THE CASE SCHEDULE<br><br>(Doc. 52) |

Counsel stipulate to amend the case schedule to extend the deadlines related to expert discovery. (Doc. 52) The need to amend the schedule is due to the in ability of the plaintiff to complete her deposition.[1] Id. at 2. Good cause appearing, the Court **ORDERS** the case schedule (Doc. 33) is amended as follows:

　　1.　　All non-expert discovery **SHALL** be completed no later than October 13, 2017;

　　2.　　The parties **SHALL** designate their experts no later than October 27, 2017;

　　3.　　All expert discovery **SHALL** be completed by November 17, 2017;

　　4.　　Any non-dispositive motions and dispositive motions **SHALL** be filed no later than October 27, 2017 and heard no later than November 27, 2017;

---

[1] Plaintiff SHALL complete her deposition by the discovery deadline or provide a doctor's note demonstrating her inability to do so. In the event that her psychiatric condition precludes her deposition, she SHALL file a status statement setting forth how she believes this matter can proceed without her submitting to deposition.

1

5. The pretrial conference is set on December 1, 2017.

**<u>Absolutely no further amendments to the case schedule will be entertained.</u>**

IT IS SO ORDERED.

Dated: **September 15, 2017**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE