# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HUTCHINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT and DAVID EDMONDS,<br><br>        Defendants. | Case No.: 1:15-cv-01047 JLT<br><br>ORDER GRANTING FOURTH STIPULATION TO AMEND THE CASE SCHEDULE<br><br>(Doc. 54) |

Once again, counsel stipulate to amend the case schedule to extend the case deadlines. (Doc. 54) A large part of the need for the amendment is due to plaintiff's ongoing psychiatric impairment which impacts her ability to complete her deposition. Id. at 2. Counsel have agreed that the plaintiff will attend her deposition with her psychologist but this has made scheduling it difficult. Id. at 2. Good cause appearing, the Court **ORDERS** the case schedule (Doc. 33) is amended as follows:

1. All non-expert discovery **SHALL** be completed no later than March 2, 2018;
2. The parties **SHALL** designate their experts no later than March 16, 2018;
3. All expert discovery **SHALL** be completed by April 6, 2018;
4. Any non-dispositive motions and dispositive motions **SHALL** be filed no later than April 6, 2018 and heard no later than May 11, 2018;
5. The pretrial conference is set on May 15, 2018;

///

1

6. The trial is continued to June 25, 2018;

**<u>Absolutely no further amendments to the case schedule will be entertained.</u>**

IT IS SO ORDERED.

Dated: **October 27, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE