# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HUTCHINSON, | Case No.: 1:15-cv-01047 JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | |
| BEAR VALLEY COMMUNITY SERVICES DISTRICT and DAVID EDMONDS, | |
| Defendants. | |

The Court has learned that the matter has resolved. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than June 29, 2018**;

2. All pending dates, conferences and hearings, including the pretrial conference and the trial, are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **May 7, 2018**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE