# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HUTCHINSON, | Case No.: 1:15-cv-01047 JLT |
| Plaintiff, | ORDER STAYING THE CASE |
| v. | |
| BEAR VALLEY COMMUNITY SERVICES DISTRICT and DAVID EDMONDS, | |
| Defendants. | |

Though the Court had been informed that the matter had settled, it had not received any details about the nature of the settlement. The Court has now been apprized by counsel that the settlement is conditional upon the outcome of plaintiff's application for disability retirement. Counsel have reported that this process can take months to complete. Thus, the Court **ORDERS**:

1. The matter is **STAYED**. Within 120 days and every 120 days thereafter and not more than 10 days after counsel discovers the matter is settled with finality or that it is not settled, they SHALL file a joint status report explaining the current posture of the settlement.

IT IS SO ORDERED.

Dated: **June 20, 2018**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE