# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HUTCHINSON,<br><br>        Plaintiff,<br><br>   v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT and DAVID EDMONDS,<br><br>        Defendants. | Case No.: 1:15-cv-01047 JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO FILE THE STATUS REPORT |

At the request of the parties, the Court stayed the case to allow them to settle the action. (Doc. 58) The Court ordered the parties to report to the Court every 120 days and within 10 days of the determination the case is settled or would not settle. Id. Though they filed the first report (Doc. 59), they did not file the second. Thus, the Court **ORDERS**:

    1.    Within 10 days, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to file the status report. Alternatively, they may file the status report within 10 days.

IT IS SO ORDERED.

    Dated:   **February 20, 2019**          **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE