# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HUTCHINSON, | Case No.: 1:15-cv-01047 JLT |
| Plaintiff, | ORDER LIFTING THE STAY AND FURTHER SCHEDULING ORDER |
| v. | |
| BEAR VALLEY COMMUNITY SERVICES DISTRICT and DAVID EDMONDS, | |
| Defendants. | |

At the request of the parties, the Court stayed the case to allow them to settle the action. (Doc. 58) The Court held an informal telephone conference (Doc. 62) to determine the status of the matter and verified that though the parties believed they had resolved the action, in completing the settlement documents, they determined there is an unbreachable disagreement on a key term. Thus, the Court **ORDERS**:

1. The stay is **LIFTED**;
2. The case schedule is amended as follows:
    a. All non-expert discovery **SHALL** be completed **no later than July 15, 2019**;
    b. Experts **SHALL** be disclosed **no later than July 29, 2019** and any rebuttal experts **SHALL** be disclosed **by August 30, 2019**;
    c. Non-dispositive motions, if any, **SHALL** be filed **no later than October 10, 2019** and heard **no later than November 8, 2019**;

        d.        Dispositive motions, if any, **SHALL** be filed no later than **November 29, 2019** and heard **no later than January 3, 2020**;

        e.        The pretrial conference is **CONTINUED** to **February 7, 2020** at 9:00 a.m.

        f.        The trial is **CONTINUED** to **March 23, 2020** at 8:30 a.m.

3.     The parties may jointly request the Court set a further settlement conference if they believe it would be productive, but they are encouraged to continue to make efforts to resolve the matter informally.

IT IS SO ORDERED.

Dated:   **March 13, 2019**                    **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE