UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HUTCHINSON,<br><br>        Plaintiff,<br><br>v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT and DAVID EDMONDS<br><br>        Defendants. | Case No. 1:15-CV-01047 JLT<br><br>**ORDER GRANTING IN PART STIPULATION TO AMEND THE CASE SCHEDULE**<br><br>**(Doc. 79)** |

Based upon the stipulation of the parties, the Court **ORDERS** the case schedule amended as follows:

1. All non-expert discovery SHALL be completed no later than November 12, 2019;

2. Experts SHALL be disclosed no later than November 26, 2019, and any rebuttal experts shall be disclosed by December 27, 2019;

3. Expert discovery SHALL be completed no later than January 24, 2020;

3. Non-dispositive motions, if any, SHALL be filed no later than February 7, 2020 and heard no later than March 9, 2020;

4. Dispositive motions, if any, SHALL be filed no later than March 20, 2020 and heard no later than April 27, 2020;

5. The final pretrial conference is CONTINUED to May 18, 2020 at 10:00 a.m.; and

6. The trial date is CONTINUED to June 29, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**August 23, 2019**__     __**/s/ Jennifer L. Thurston**__
                                        UNITED STATES MAGISTRATE JUDGE

Burke, Williams &
Sorensen, LLP
Attorneys At Law
San Diego

- 2 -

1:15-CV-01047-JLT
(PROPOSED) ORDER ON JOINT
STIPULATION TO CONTINUE DATES