UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HUTCHINSON,<br><br>    Plaintiff,<br><br>v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT and DAVID EDMONDS<br><br>    Defendants. | Case No. 1:15-CV-01047 JLT<br><br>**ORDER GRANTING JOINT STIPULATION FOR MENTAL EXAMINATION OF PLAINTIFF PURSUANT TO FRCP RULE 35**<br>**(Doc. 18)** |

  The stipulation for the mental examination of the plaintiff to be conducted by Dr. John T. Dunn, Ph.D., on November 8, 2019 at 9:00 a.m. at 23734 Valencia Boulevard, Suite 306, Valencia, California 91355, is GRANTED under the following agreed upon conditions:

  A. The nature, cope, conditions and manner of the examination are to be as follows:

  1. Plaintiff will submit to a mental examination to be conducted by Dr. Dunn, to evaluate the nature and extent of Plaintiff's claims of mental and emotional distress, as set forth in the operative Third Amended Complaint and of which Plaintiff intends to introduce at trial through the testimony of her therapist Harriet Schaad;

  2. Dr. Dunn is a California Licensed Psychologist. He has been a licensed

psychologist for more than 24 years. He received a Master's degree and a Doctoral degree in Education with a Counseling Psychology Specialization from the University of California, Los Angeles (UCLA). He completed a Counseling Internship at Coldwater Canyon Hospital, Adolescent Substance Abuse Unit and a Clinical Internship at Bridges – Residential Psychiatric Treatment Center. Dr. Dunn has more than 24 years of extensive patient-care experience. He is an approved insurance panel provider of psychological and neuropsychological services for numerous health insurance carriers including Medicare and MediCal. A complete copy of Dr. Dunn's curriculum vitae is attached as Exhibit A.

3. Dr. Dunn will conduct a psychological examination of Plaintiff to assist Defendant Bear Valley Community Services District and its counsel with regard to understanding Plaintiff's alleged complaints of psychological injury and its sequelae, including the origin, nature, and severity of Plaintiff's alleged mental health injuries, and in turn, prognosis and future treatment needs, if applicable.

4. The psychological examination is scheduled from 9:00 a.m. to 4:00 p.m. The examination may end earlier than 4:00 p.m. The length of the examination is dependent on how quickly the examinee completes the psychological tests. The examinee may take reasonable breaks and a lunch break if desired. The examination will consist of a detailed clinical interview, mental status examination, and the administration of generally accepted standardized psychological tests. These tests consist of the Minnesota Multiphasic Personality Inventory – 2 – RF (MMPI-2-RF), the Personality Assessment Inventory (PAI), the SPECTRA, the Beck Depression Inventory – II, and the Beck Anxiety Inventory.

5. Dr. Dunn will audio record the clinical interview portion of the examination. Plaintiff may audio record the examination. No one else may be present in the room during the examination. The examination shall not be videotaped. The examinee will be treated courteously and with kind regard by Dr. Dunn throughout the examination.

6. The psychological examination will not involve any physical examination. There will be no blood tests or other intrusive medical studies or procedures. The examination will be conducted at 23734 Valencia Boulevard, Suite 306, Valencia California 91355.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

7. A copy of this Stipulation will be given to Dr. Dunn prior to the examination.

8. Dr. Dunn may be provided with Plaintiff's medical records, personnel file, leave of absence file, deposition testimony, discovery responses, Third Amended Complaint, and mental health records by defense counsel, which he may review prior and/or subsequent to examination of Plaintiff.

9. After the examination of Plaintiff, Dr. Dunn will prepare a written report of his findings in conformance with FRCP Rule 35. A copy of said report will be provided to Plaintiff's counsel and counsel for Defendant Edmonds within five days of completion.

10. The results of the psychological testing will be kept confidential and used for purposes of this litigation only.

11. Defendant Bear Valley Community Services District reserves the right to move for an order permitting a further physical examination of Plaintiff, which may include any issues and testing outside the scope of this stipulation.

IT IS SO ORDERED.

Dated: **November 7, 2019**   /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE