NICHOLAS J. STREET, SBN 249156
ZIMMER & MELTON, LLP
11601 Bolthouse Drive, Suite 100
Bakersfield, CA 93311
Telephone: (661) 463-6700
Facsimile: (661) 501-4221
nstreet@zimmermelton.com

Attorneys for Defendant, DAVID EDMONDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| LAURA HUTCHINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT, DAVID EDMONDS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 1:15-CV-01047-JLT<br><br>JOINT STIPULATION/REQUEST TO AMEND THE CASE SCHEDULE TO ALLOW THE DEPOSITION OF DEFENDANT DAVID EDMONDS TO BE TAKEN AFTER THE NON-EXPERT DISCOVERY COMPLETION DEADLINE; [~~PROPOSED~~] ORDER (Doc. 83) |

IT IS HEREBY STIPULATED, AGREED AND REQUESTED by and between the parties hereto, by and through their respective counsel, that the Scheduling Order, dated August 23, 2019 (Doc. 79) be amended to allow the deposition of Defendant DAVID EDMONDS ("Defendant Edmonds") to be taken after the current non-expert discovery completion deadline of November 12, 2019.

Good cause exists to extend the deadline to take Defendant Edmonds' deposition based on the following facts:

///

1:15-CV-1047 -JLT- STIPULATION TO AMEND THE CASE SCHEDULED TO ALLOW THE DEPOSITION OF DEFENDANT DAVID EDMONDS AFTER THE NON-EXPERT DISCOVERY COMPLETION DEADLINE [~~PROPOSED~~] ORDER

-1-

1. Plaintiff's counsel noticed Defendant Edmonds' deposition to take place on November 11, 2019;

2. Under the current Scheduling Order (Doc. 79), the deadline to complete all non-expert discovery is November 12, 2019;

3. Defendant Edmonds recently experienced a medical emergency and has been in the process of recovering from a <u>major</u> medical procedure related to same. He recently had a significant setback in his recovery which prevents him from traveling to Bakersfield (where the deposition was noticed to take place) and/or to sit for a deposition on November 11, 2019;

4. The parties have met and conferred regarding Defendant Edmonds' current condition and all agree that it is impractical, if not impossible, for his deposition to go forward on November 11, 2019, as noticed;

5. The parties have been working diligently to complete all other non-expert discovery on or before the November 12, 2019 deadline and should be in a position to do so, with the only exception being the deposition of Defendant Edmonds.

6. The trial date in this matter is currently scheduled for June 29, 2020.

7. No party will be prejudiced by rescheduling the deposition of Defendant Edmonds after the November 12, 2019 deadline.

8. The parties agree to meet and confer to (re)schedule the deposition of Defendant Edmonds on the earliest date he is available to attend after he has been medically cleared.

9. The parties, through their counsel, are hereby requesting that the Court amend the Scheduling Order (Doc. 79) to allow the deposition of Defendant Edmonds (only) to take after the current non-expert discovery completion deadline of November 12, 2019.

Dated: November 7, 2019        LAW OFFICES OF RANDY RUMPH

                               By:    */s/ Randy Rumph*
                                      Randy Rumph, Esq.
                                      Attorneys for Plaintiff,
                                      LAURA HUTCHINSON

1:15-CV-1047 -JLT- STIPULATION TO AMEND THE CASE SCHEDULED TO ALLOW THE DEPOSITION OF DEFENDANT DAVID EDMONDS AFTER THE NON-EXPERT DISCOVERY COMPLETION DEADLINE [P~~ROPOSED~~] ORDER

-2-

| | | |
|---|---|---|
| Dated: November 7, 2019 | | BURKE, WILLIAMS & SORENSON, LLP |
| | By: | */s/ Mitchell A. Wrosch* |
| | | Donald M. Davis, Esq. |
| | | Cheryl Johnson-Hartwell |
| | | Mitchell A. Wrosch |
| | | Marvin C. Cho |
| | | Attorneys for Defendant, BEAR VALLEY COMMUNITY SERVICES DISTRICT |
| Dated: November 7, 2019 | | ZIMMER & MELTON, LLP |
| | By: | */s/ Nicholas J. Street* |
| | | Nicholas J. Street, Esq. |
| | | Attorneys for Defendant, DAVID EDMONDS |

## ATTESTATION STATEMENT

I assest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

| | | |
|---|---|---|
| Dated: November 7, 2019 | | ZIMMER & MELTON, LLP |
| | By: | */s/ Nicholas J. Street* |
| | | Nicholas J. Street, Esq. |

1:15-CV-1047 -JLT- STIPULATION TO AMEND THE CASE SCHEDULED TO ALLOW THE DEPOSITION OF DEFENDANT DAVID EDMONDS AFTER THE NON-EXPERT DISCOVERY COMPLETION DEADLINE [PROPOSED] ORDER

-3-

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the stipulation of counsel, the Court **ORDERS**: |
| 3 | 1. The deposition of Mr. Edmonds may be taken after the close of non-expert |
| 4 | discovery. |
| 5 | In issuing this order, the Court presumes that counsel understand the risks in delaying this |
| 6 | deposition too long and they are prepared to bear those risks. The Court is not amenable to |
| 7 | amending the case schedule again in the future even if these risks bear fruit. Indeed, this case |
| 8 | has been languishing in this Court for more than four years. Thus, any further requests to amend |
| 9 | the case schedule SHALL be supported by exceptional good cause, the likes of which the Court |
| 10 | has yet to see in this case. |
| 11 | |
| 12 | IT IS SO ORDERED. |
| 13 | Dated: __November 8, 2019__  /s/ Jennifer L. Thurston |
| 14 | UNITED STATES MAGISTRATE JUDGE |

1:15-CV-1047 -JLT- STIPULATION TO AMEND THE CASE SCHEDULED TO ALLOW THE DEPOSITION OF DEFENDANT DAVID EDMONDS AFTER THE NON-EXPERT DISCOVERY COMPLETION DEADLINE [PROPOSED] ORDER

-4-