**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA HUTCHINSON, | Case No.: 1:15-cv-01047 JLT |
| Plaintiff, | ORDER DISMISSING THE ACTION WITH PREJUDICE |
| v. | |
| BEAR VALLEY COMMUNITY SERVICES DISTRICT and DAVID EDMONDS, | |
| Defendants. | |

The parties have stipulated to dismiss the action with prejudice and with each side to bear their own fees and costs. (Doc. 90) Thus, the Court **ORDERS**:

1. The action is **DISMISSED** and the parties shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: **January 22, 2020**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE